Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

          Plaintiff,

   v.

WARIO MOHAMED ABDULLAHI,

          Defendant.

No. CR18-134 RAJ

MINUTE ORDER

     The clerk issues the following minute order by the authority of the Honorable Richard A. Jones, United States District Court Judge.

     Having considered the Government's Unopposed Motion for Extension of Time in the above-captioned case, the Court GRANTS the Government's motion (Dkt. #34).

     IT IS ORDERED that the Defendant's Motion to Withdraw Guilty Plea (Dkt. #33) is re-noted for February 1, 2019, and that the Government's response is due January 25, 2019.

     DATED this 22nd day of January, 2019.

                    WILLIAM M. McCOOL,
                    Clerk of the Court

                    */s/ Victoria Ericksen*
                    Deputy Clerk to Hon. Richard A. Jones