THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR18-134-RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING DEFENDANT'S MOTION TO WITHDRAW GUILTY PLEA |
| WARIO MOHAMED ABDULLAHI, | |
| Defendant. | |

THE COURT has considered the Defendant's motion to withdraw his guilty plea and the records herein. *See* Dkt 33. The Government does not oppose the defense motion, without conceding the merits of the defendant's claims. Dkt 36.

The Defendant has raised sufficient issues regarding his plea such that fair and just reasons warrant granting his request under Fed.R.Crim.P. 11(d)(2)(B).

IT IS THEREFORE ORDERED that the Defendant's motion to withdraw guilty plea is GRANTED.

Under 18 U.S.C. § 3161(i), the speedy trial expiration date for this case is 70 days following entry of this Order. Trial is, therefore, set for April 1, 2019.

All pretrial motions, including motions in limine, shall be filed no later than February 14, 2019.

DATED this 29th day of January, 2019.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER TO WITHDRAW GUILTY PLEA
(*Wario Mohamed Abdullahi*, CR18-134-RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**