Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WARIO MOHAMED ABDULLAHI,<br><br>Defendant,<br><br>and<br><br>MICHELLE CAUDILL,<br><br>Third-Party Claimant. | No. CR18-134-RAJ<br><br>**ORDER SETTING DISCOVERY SCHEDULE, MOTIONS DEADLINE, AND HEARING DATE TO GOVERN THE THIRD-PARTY CLAIM FILED TO A PRELIMINARILY FORFEITED FIREARM** |

THIS MATTER comes before the Court on the United States' Motion for a Scheduling Order to Govern the Third-Party Claim Filed to a Preliminarily Forfeited Firearm ("Motion").

The Court, having reviewed the United States' Motion, the claim filed by Michelle Caudill (Dkt. #58), and the other papers and pleadings filed in this matter, finds that entry of an order setting a discovery schedule, a motions deadline, and a hearing date is appropriate, and hereby GRANTS the Motion (Dkt. #59). The Court will permit discovery and entertain motions related to a third-party claim pursuant to Fed. R. Crim. P. 32.2(c)(1) and, to the extent an evidentiary hearing on the third-party claim is required, the Court will conduct that hearing pursuant to 21 U.S.C. § 853(n)(2) & (4)-(6).

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

NOW, THEREFORE, THE COURT ORDERS:

1) The United States and Michelle Caudill (collectively "the Parties") may engage in discovery related to the third-party claim. The discovery period shall close on **October 4, 2019**;

2) Thereafter, the Parties shall file any dispositive motions no later than **November 1, 2019**; and,

3) If necessary, an evidentiary hearing will be held on any disputed third-party claims on **December 13, 2019 at 9:00 AM** in Courtroom 13106**.**

IT IS SO ORDERED.

DATED this 24th day of July, 2019.

_Richard A Jones_
_____
The Honorable Richard A. Jones
United States District Judge

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970