UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WARIO MOHAMED ABDULLAHI,<br><br>Defendant. | No. CR18-134-RAJ<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture ("Motion") for the following property:

- One Glock Model 35 .40 S&W–caliber pistol with serial number UGB495, and any associated ammunition.

The Court, having reviewed the United States' motion, as well as the other pleadings and papers filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

- On March 19, 2019, the Court entered a Preliminary Order of Forfeiture finding two firearms and associated ammunition, including the above-identified firearm and associated ammunition, forfeitable pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) and forfeiting the Defendant's interest in them (Dkt. No. 52);

Final Order of Forfeiture - 1
*United States v. Abdullahi,* CR18-134-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- Thereafter, the United States published notice of the pending forfeitures as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C) (Dkt. No. 56) and provided direct notice to two identified potential claimants as required by Fed. R. Crim. P. 32.2(b)(6)(A) (Declaration of AUSA Michelle Jensen in Support of Motion for Entry of a Final Order of Forfeiture, ¶ 2, <u>Exs. A and B</u>); and,
- One claim was filed to one of the firearms, and the United State has recognized that claim and will be returning that firearm to the claimant (Dkt. No. 62); and,
- No third-party claim was filed for the remaining firearm and associated ammunition, identified above, and the time for filing a claim has expired.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-identified firearm and associated ammunition exists in any party other than the United States;

2. The firearm and associated ammunition are fully and finally condemned and forfeited, in their entirety, to the United States; and,

3. The Bureau of Alcohol, Tobacco and Firearms, and/or its representatives, are authorized to dispose of the firearm and associated ammunition as permitted by governing law.

IT IS SO ORDERED.

DATED this 5th day of September, 2019.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

Final Order of Forfeiture - 2
*United States v. Abdullahi,* CR18-134-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970